# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-2278

_____

Bernard Cross,      *

            Appellant,      *

     v.      *

Carla Shuler; Edward Lauer,      *
Optician; Mary L. Moore,      * Appeal from the United States
Director of Nursing; Keith R.      * District Court for the
Boyd, Med. Admin.; William      * Eastern District of Missouri.
Wade, State Medical Director;      *
Robert Schoenen, Associate      * [UNPUBLISHED]
Medical Director,      *

            Appellees.      *

_____

Submitted: April 3, 1997

Filed: May 8, 1997

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

     Bernard Cross, a Missouri inmate, appeals from the district court's[1] order dismissing his pro se complaint under 42 U.S.C. § 1983 against Missouri Eastern Correctional Center (MECC) optometrist Edward Lauer, MECC Health Care Administrator Keith Boyd, MECC Director of Nursing Mary Moore, Lauer's assistant Carla Schuler, Missouri Department of Corrections Medical Director

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

William Wade, and Associate Medical Director Robert Schoenen.  Cross alleged that these defendants violated the Eighth Amendment by acting with deliberate indifference to his serious medical need for eyeglasses by intentionally refusing to replace his broken eyeglasses until he paid for them, despite knowing of his need for replacement eyeglasses.  Having reviewed the record and the parties' briefs, we conclude that the judgment of the district court was correct and that an extended discussion is not warranted. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-